E. ALEXANDER JARDINES, ESQ.
314-48TH, STREET
UNION CITY, NEW JERSEY 07087
(201) 865-5599, FAX (201) 865-1361
Attorney for the Defendant : John Tizio

|  |  |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, |  |
|  | CRIM. No. 08-327 |
| vs. |  |
|  | Hon. Stanley R. Chesler<br>United States District Judge |
| ANDREW MEROLA, *et al.* |  |
| Defendant | **CONSENT ORDER** |

THIS MATTER having been brought before the Court on application of John Tizio (E. Alexander Jardines, Esq., appearing), (Ronald D. Wigler, AUSA, appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey, and William Sobchik, pre trial services, for a consent order granting the following;

IT IS on this _24th_ day of November, 2009,

ORDERED that Defendant's electronic monitoring device be removed.

_____
Hon. Stanley R. Chesler, USDJ

Form and entry Consented to:

_____
E. Alexander Jardines
Attorney for the Defendant

_____
Ronald D. Wigler
Assistant U.S. Attorney

_____
William Sobchik
Pre-Trial Supervisior